# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1398

_____

Jo Karen McGuire, Individually, and as   *
Next Friend of Kandice Raychenne   *
Ball; Kandice Raychenne Ball,   *
  *
     Appellants,   *
  *
    v.   *
  *
State of Arkansas; Mike Huckabee, in   *
his Official Capacity as Governor of   *
the State of Arkansas; Mark Pryor, in   *
his Official Capacity as Attorney   *
General of the State of Arkansas;   *
Arkansas Department of Human   *
Services; Kurt Knickrehm, in his   *
Official Capacity as Director of the   *   Appeal from the United States
Arkansas Department of Human   *   District Court for the
Services; Ray Hanley, in his Official   *   Eastern District of Arkansas.
Capacity as Director of the Division of   *     [UNPUBLISHED]
Medical Services for the Arkansas   *
Department of Human Services;   *
Greene County Human Services; H. C.   *
Lemmons, Individually and in his   *
Official Capacity as Administrator for   *
the Department of Human Services,   *
Greene County Division; Stan Rogers,   *
Individually and in his Official   *
Capacity as County Supervisor for the   *
Division of Child and Family Services   *
with the Greene County Department of   *
Human Services; Kathy Ray,   *

Individually and in her Official     *
Capacity as a Family Service Worker   *
for the Greene County Department of   *
Human Services; Dwight Akins,     *
Individually and in his Official     *
Capacity as a Family Support Specialist   *
for the Greene County Department of   *
Human Services; Pat Williams,     *
Individually and in her Official     *
Capacity as a Family Support Specialist   *
for the Greene County Department of   *
Human Services; Greene County Health   *
Department; Lee Presley, in his Official   *
Capacity as Administrator of the     *
Greene County Health Department,   *
                    *

      Appellees.         *

_____

Submitted:  March 7, 2001

Filed:  March 13, 2001
_____

Before WOLLMAN, Chief Judge, FAGG, and BEAM, Circuit Judges.
_____

PER CURIAM.

Jo Karen McGuire appeals the dismissal of a civil suit she filed on behalf of her daughter, Kandice Ball, naming various public officials as defendants. Having carefully reviewed the record, we conclude that the district court[1] properly dismissed Ball's suit.

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

-2-

The judgment is affirmed. <u>See</u> 8th Cir. R. 47B. We deny Ball's motion for appointment of counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.